IN THE SUPREME COURT OF THE STATE OF DELAWARE

FREDDY L. FLONNORY, §
§
    Defendant Below, § No. 41, 2018
    Appellant, §
§
v. § Court Below—Superior Court
§ of the State of Delaware
STATE OF DELAWARE, §
§ Cr. ID No. 9707012190 (N)
    Plaintiff Below, §
    Appellee. §

Submitted: February 5, 2018
Decided: March 26, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## O R D E R

This 26th day of March 2018, after careful consideration of the opening brief and the motion to affirm, it is clear that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned decision dated January 2, 2018. Flonnory argued in his motion that, in 1996, a minor witness against him had been interviewed by the FBI without a parent present. The Superior Court did not err in concluding that this claim was procedurally barred and did not satisfy the pleading requirements of Superior Court Criminal Rule 61(d)(2).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice